UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CLOVER HEALTH INVESTMENTS, CORP. DERIVATIVE LITIGATION | Case No.: 1:21-cv-00191-GBW (Consolidated) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's Oral Order (D.I. 20), the Joint Status Report filed on August 5, 2024 (D.I. 21), and Rules 23.1 and 41 of the Federal Rules of Civil Procedure, plaintiffs Michael Fuhrman and Eric Weigand ("Plaintiffs"), defendants Vivek Garipalli, Andrew Toy, Chelsea Clinton, Nathaniel S. Turner, Lee Shapiro, Joseph Wagner, Chamath Palihapitiya, Steven Trieu, Ian Osborne, Jacqueline D. Reses, and James Ryans ("Individual Defendants"), and nominal defendant Clover Health Investments, Corp. ("Clover" or the "Company" and, with Individual Defendants, "Defendants") hereby submit this stipulation and proposed order requesting voluntary dismissal of the above-captioned action with prejudice.

**WHEREAS,** on February 2, 2024, the parties executed a global Stipulation of Settlement (the "Settlement"). The Settlement was presented for approval before the Honorable Aleta A. Trauger of the United States District Court for the Middle District of Tennessee in the related derivative action caption *Sun v. Garipalli, et al.*, Case No. 3:21-cv-00311;

**WHEREAS**, on July 11, 2024, a settlement hearing was held in the United States District Court for the Middle District of Tennessee, at which stockholders were afforded the opportunity to be heard regarding the Settlement, thereby fulfilling the notice requirements to Clover stockholders;

**WHEREAS**, no Clover stockholders objected to the Settlement; and

**WHEREAS**, on July 16, 2024, following the hearing on final approval of the Settlement, the Judgment Approving Settlement of Derivative Actions and a corresponding Entry of Judgment were filed on the docket of the Tennessee Federal Action. *See* Case No. 3:21-cv-00311 (M.D. Tenn. (ECF Nos. 60 & 61), attached hereto as Exhibits A and B;

**NOW, THEREFORE**, the parties, through their undersigned counsel, hereby request the Court enter this stipulation as an order, dismissing this case, and all claims and causes of actions asserted by Plaintiffs derivative on behalf of Clover, with prejudice, with all parties to bear their own expenses, costs, and fees except as otherwise provided for in the Settlement, and Judgment.

**IT IS SO STIPULATED.**

| **BIELLI & KLAUDER, LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Ryan M. Ernst* | */s/ Kevin M. Gallagher* |
| Ryan M. Ernst (No. 4788) | Gregory P. Williams (#2168) |
| 1204 N. King Street | Kevin M. Gallagher (#5337) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 803-4600 | 920 North King Street |
| Facsimile: (302) 397-2557 | Wilmington, DE 19801 |
| rernst@bk-legal.com | (302) 651-7700 |
|  | williams@rlf.com |
| OF COUNSEL: | gallagher@rlf.com |
|  |  |
| **GAINEY McKENNA & EGLESTON** | OF COUNSEL: |
| Thomas J. McKenna |  |
| Gregory M. Egleston | **MILBANK LLP** |
| 260 Madison Avenue, 22nd Floor |  |
| New York, NY 10016 | Scott A. Edelman |
| Telephone: (212) 983-1300 | Jed M. Schwartz |
| Facsimile: (212) 983-0383 | 55 Hudson Yards |
| tjmckenna@gme-law.com | New York, NY 10001 |
| gegleston@gme-law.com | Telephone: (212) 530-5000 |
|  | sedelman@milbank.com |
| **LEVI & KORSINSKY, LLP** | jschwartz@milbank.com |
| Gregory M. Nespole |  |
| Correy A. Suk | *Attorneys for Defendants* |
| 33 Whitehall Street, 17th Floor |  |
| New York, NY 10004 |  |

2

Telephone: (212) 363-7500
Facsimile: (212) 363-7171
gnespole@zlk.com
csuk@zlk.com

*Attorneys for Plaintiffs*

DATED:  August 16, 2024

SO ORDERED this _____ day of _____, 2024.

                                                        _____
                                                        HONORABLE GREGORY B. WILLIAMS
                                                        UNITED STATES DISTRICT COURT JUDGE